**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2078**

———————

NIKOLAY GLINCHUK,

                                        Petitioner - Appellant,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent - Appellee.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.  (A29-925-979)

———————

Submitted:  December 11, 1997      Decided:  December 23, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nikolay Glinchuk, Appellant Pro Se.  Donald Anthony Couvillon, Linda Susan Wendtland, John Clifford Cunningham, Jr., Brenda Elaine Ellison, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Nikolay Glinchuk seeks review of the Board of Immigration Appeals' opinion and order dismissing his appeal and affirming the immigration judge's decision denying his application for asylum and withholding of deportation. Our review of the record discloses that the Board's decision is based on substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Glinchuk v. INS, No. A29-925-979 (B.I.A. Apr. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

AFFIRMED